MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
VLADIMIR J. KOZINA (SBN: 284645)
vjkozina@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 477-4818
Attorneys for Plaintiff
Karl Van Lith

JODY A. LANDRY, Bar No. 1257432
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101
Telephone:   619.232.0441
Facsimile:    619.232.4302

MICHAEL G. LEGGIERI, Bar No. 253791
LITTLER MENDELSON, P.C.
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
Facsimile:    925.946.9809

Attorneys for Defendants
iHEARTMEDIA + ENTERTAINMENT, INC.,
CAPSTAR RADIO OPERATING COMPANY, and iHEARTMEDIA, INC.

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL VAN LITH,<br><br>          Plaintiff,<br><br>     v.<br><br>iHEARTMEDIA + ENTERTAINMENT, INC.; CAPSTAR RADIO OPERATING COMPANY; iHEARTMEDIA, INC.; and DOES 1 – 100, inclusive,<br><br>          Defendants.<br>_____/ | Case No.  1:16-cv-00066-LJO-SKO<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE**<br>**FIRST AMENDED CLASS ACTION AND INDIVIDUAL COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their counsel of record that Plaintiff Karl Van Lith shall have leave to file the attached First Amended Class Action and Individual Complaint in place of the operative first amended complaint for damages in the above-captioned matter, and that defendants shall have twenty-one (21) days after service of the filed First Amended Class Action and Individual Complaint within which to answer or otherwise plead in response thereto.

DATED: May 9, 2016        MAYALL HURLEY P.C.

By  */s/ Robert J. Wasserman*
ROBERT J. WASSERMAN
WILLIAM J. GORHAM III
NICHOLAS J. SCARDIGLI
VLADIMIR J. KOZINA
Attorneys for Plaintiff
KARL VAN LITH

DATED: May 9, 2016        LITTLER MENDLESON

By  */s/ Jody A. Landry*
JODY A. LANDRY
Attorneys for Defendants,
iHEARTMEDIA + ENTERTAINMENT, INC.,
CAPSTAR RADIO OPERATING COMPANY, and
iHEARTMEDIA, INC.

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing*

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff shall file his First Amended Class Action and Individual Complaint, a copy of which is attached to the stipulation, within two (2) calendar days of the date this Order is filed.

IT IS FURTHER ORDERED that Defendants' response thereto shall be filed within twenty-one (21) days of service of the First Amended Class Action and Individual Complaint.

IT IS SO ORDERED.

Dated:  **May 10, 2016**                            **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE