UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL VAN LITH,<br>　　　　Plaintiff,<br>v.<br>iHEARTMEDIA + ENTERTAINMENT, INC.; CAPSTAR RADIO OPERATING COMPANY; iHEARTMEDIA, INC.; and DOES 1 – 100, inclusive,<br>　　　　Defendants. | Case No. 1:16-cv-00066 LJO SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND CLASS DISCOVERY**<br><br>(Doc. 30) |

　　　Based on the stipulation of the parties (Doc. 30), and for good cause shown, it is hereby ORDERED that the Scheduling Order (Doc. 18) is modified as follows: the class certification fact discovery deadline is extended to through and including October 14, 2016.

　　　This modification does not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated: __September 7, 2016__　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER TO EXTEND CLASS DISCOVERY