# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL VAN LITH,<br><br>            Plaintiff,<br><br>      v.<br><br>iHEARTMEDIA + ENTERTAINMENT, INC., et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:16-cv-00066-LJO-SKO<br><br>**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT HEARING**<br><br>**(Doc. 36)** |

Before the Court is Defendants' Notice of Motion and Motion for Relief from Personally Appearing at the January 25, 2017, hearing on Plaintiff's unopposed Motion for Preliminary Approval. (Doc. 36.)

For good cause shown, the Court GRANTS this motion. (*Id.*) The Court further finds that, as Defendants will be afforded the opportunity to telephonically appear at the January 25, 2017 hearing in this case, Plaintiff shall be given the same opportunity. Accordingly, the Court ORDERS that all parties may appear telephonically at the January 25, 2017 hearing regarding Plaintiff's Motion for Preliminary Approval of Class Action Settlement and Provisional Certification of the Class. (Doc. 34.)

1  IT IS SO ORDERED.

2  Dated: **January 4, 2017**                    /s/ *Sheila K. Oberto*
3                                                UNITED STATES MAGISTRATE JUDGE